### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑    1st    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐          Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **YUNEIVIS RIVAS**    JOINT DEBTOR:                CASE NO.: 12-29986-LMI
Last Four Digits of SS# XXX-XX-5069  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 152.31    for months __1__ to __60__;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,350.00 ( includes $550 for Motion to Value)  TOTAL PAID $1,800.00
           Balance Due $ 1,550.00  payable 77.50 /month (Months 1 to 20 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment $_____/month (Months ____ to ____)
                             Regular Payment $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase P.O.Box 78420 Phoenix, AZ 85062 Account No.XXX-3043 | 3576 West 74th Place Hialeah Gardens, FL 33018 $140,299.00 Miami-Dade County property Appraisal | % | $ 0.00 | 1 To 60 | Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____ Total Due $_____
                     Payable $_____/month (Months___ to ___) Regular Payment $____
2. _____ Total Due $_____
                     Payable $_____/month (Months___ to ___) Regular Payment $____

Unsecured Creditors: Pay $ 59.58 /month (Months 1 to 20 ), $ 137.08/month (Months 21 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay the 1st mortgage to (Seterus Account No.XXX9752) on property 3576 West 74th Place, Hialeah Gardens, FL 33018) outside of the plan

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ *Yuneivis Rivas*                                    _____
Debtor                                                          Joint Debtor
Date: 10/17/2012                                    Date: _____

LF-31 (rev. 06/02/08)